/

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Deborah A. Roth,

Plaintiff,

vs.

The City of Robbinsdale,
John Doe and Susan Roe,

Defendants.

Court File No.: CV 01-2308 JRT/FLN

**STIPULATION AND ORDER**

---

## STIPULATION

Plaintiff Deborah A. Roth ("Plaintiff") and defendants The City of Robbinsdale, John Doe and Susan Roe ("Defendants") hereby stipulate as follows:

**WHEREAS,** on December 14, 2001, Plaintiff filed her complaint with the court alleging various claims against Defendants; and

**WHEREAS,** in April 2002, Plaintiff learned the identities of individuals and/or entities whom Plaintiff seeks to assert additional claims against and/or to join as additional parties to this action, including claims against The City of Crystal, Minnesota and one of its police department's officers, Stephen Holmes; and

**WHEREFORE, IT IS HEREBY MUTUALLY STIPULATED BY AND BETWEEN** the parties hereto, through their respective undersigned attorneys, that Plaintiff may amend her complaint so as to allow Plaintiff to assert claims against and to join as parties to the instant action: the City of Robbinsdale; City of Robbinsdale Police Sergeant Gary Guck, in his official and individual capacities; City of Robbinsdale Police Officer Janet Wanamaker, in her official and individual capacities; and City of Robbinsdale Police Captain Wayne Shellum, in his official and individual capacities; the City of Crystal; and City of Crystal Police Sergeant Stephen Holmes, in his official and individual capacities, and that the instant action's caption be amended to reflect the foregoing amendment and joinder.

Dated: June 13, 2002

Robert M. Gardner, #234977
P.O. Box 22071
St. Paul, MN 55122-007
(651) 681-8339

Attorney for Plaintiff
Deborah A. Roth

FILED JUL 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: June 13, 2002

Jon K. Iverson, #146389
Jason J. Kuboushek, #304037
IVERSON REUVERS, LLC
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

Attorneys for Defendants
City of Robbinsdale, *et al.*

**ORDER**

The attached Stipulation having been presented to the court, IT IS HEREBY ORDERED:

1. Plaintiff shall file and serve its Amended Complaint within ten days from the date of this Order.

2. That the caption of this action should be amended as follows:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Deborah A. Roth, Court File No.: CV 01-2308 JRT/FLN

Plaintiff,

vs.

The City of Robbinsdale,
City of Robbinsdale Police Sergeant Gary Guck,
in his official and individual capacities;
City of Robbinsdale Police Officer Janet Wanamaker,
in her official and individual capacities;
City of Robbinsdale Police Captain Wayne Shellum,
in his official and individual capacities;
The City of Crystal;
City of Crystal Police Sergeant Stephen Holmes,
in his official and individual capacities; and
John Doe and Susan Roe, in their official and
individual capacities,

Defendants.

---

3. That the clerk shall issue plaintiff an amended summons to effect service upon defendants.

BY THE COURT:

Dated: July 2, 2002

Franklin L. Noel
Chief Magistrate Judge
United States District Court