UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deborah A. Roth,

Plaintiff,

vs.

The City of Robbinsdale,
City of Robbinsdale Police Sergeant Gary Guck, in his official and individual capacities;
City of Robbinsdale Police Officer Janet Wanamaker, in her official capacity and individual capacities;
City of Robbinsdale Police Captain Wayne Shellum, in his official and individual capacities;
The City of Crystal;
City of Crystal Police Sergeant Stephen Holmes, in his official and individual capacities; and
John Doe and Susan Roe, in their official and individual capacities,

Defendants.

Court File No. CV 01-2308 JRT/FLN

**ORDER TO EXTEND DISCOVERY AND EXPERT DISCLOSURE DEADLINES**

---

Pursuant to the Stipulation of the parties, and in accordance with the provisions of Rule 16.3 of the Federal Rules of Civil Procedure the parties have shown good cause for modification of the Court's March 20, 2002 Pretrial Order and **IT IS HEREBY ORDERED**:

1. That the Pretrial Order filed March 20, 2002 be amended as follows:

   a. All discovery shall be commenced in time to be completed by December 15, 2002.

   b. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      i. By plaintiff on or before November 1, 2002.
      ii. By defendants on or before December 1, 2002.

SEP 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That the remaining provisions in the March 20, 2002 Pretrial Order shall remain in effect.

BY THE COURT:

Dated: 9/10/02

**Franklin L. Noel**
[redacted] Magistrate Judge
United States District Court