UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deborah A. Roth, Civil No. 01-2308 JRT/FLN

Plaintiff,

v. **ORDER**

City of Robbinsdale, et al.
City of Crystal, et al.

Defendants.

---

Robert M. Gardner, Esq., for Plaintiff.
Joseph E. Flynn, Esq. and Jason J. Kuboushek, Esq., for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on September 30, 2002, on Plaintiff's motion to amend the complaint to allege claims for punitive damages [#22].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's motion to amend the complaint to allege claims for punitive damages [#22] is hereby **DENIED**.

DATED: Oct 3, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge



FILED 0 4 2002
RICHARD D SLETTEN CLERK
JUDGMENT ENTD
DEPUTY CLERK