**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No: 01-2308 (JRT/FLN)

Deborah A. Roth

Plaintiff,

vs.

The City of Robbinsdale,
City of Robbinsdale Police Sergeant Gary Guck, in his official and individual capacities;
City of Robbinsdale Police Officer Janet Wanamaker, in her official capacity and individual capacities;
City of Robbinsdale Police Captain Wayne Shellum, in his official and individual capacities;
The City of Crystal;
City of Crystal Police Sergeant Stephen Holmes, in his official and individual capacities; and
John Doe and Susan Roe, in their official and individual capacities,

Defendants.

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE** and Order

The undersigned hereby advises the Court that all claims by the Plaintiff, Deborah A. Roth, against Defendants, Wanamaker, Shellum and Guck, individually, and in their official capacity as police officers with the Robbinsdale Police Department, or otherwise, and Defendant Holm, individually, and in his official capacity as a police officer with the Crystal Police Department, or otherwise, in the above-entitled cause of action are hereby dismissed. Therefore,

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff, Deborah A. Roth, and her attorney, Robert M. Gardner, and the attorneys for the Defendants, that Plaintiff Deborah A. Roth's entire action against Defendants Wanamaker, Shellum and Guck,

FILED DEC 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. DEC 20 2002
DEPUTY CLERK

individually, and in their official capacity as police officers with the Robbinsdale Police Department, or otherwise, and Defendant Holm, individually, and in his official capacity as a police officer with the Crystal Police Department, or otherwise, is hereby dismissed with prejudice.

Plaintiff specifically acknowledges this dismissal is voluntarily entered into and further acknowledges that no money has been received for entering into this dismissal from or on behalf of Defendants Wanamaker, Shellum, Guck and Holm.

**FURTHER,** these parties also agree that no costs or disbursements or attorney's fees, including attorney's fees pursuant to 42 U.S.C. § 1988, Minn. Stat. § 549.21 or Minn. Stat. § 549.211, will be sought, recovered, or paid by Plaintiff or the dismissed Defendants.

The undersigned hereby prays for an Order of the Court dismissing all claims against Defendants Wanamaker, Shellum, Guck, and Holm, either officially or individually or otherwise, with prejudice.

Dated: 12/9/02

By ______________________
**ROBERT M. GARDNER** (A.R. #234977)
Attorney for Plaintiff
P. O. Box 22071
St. Paul, MN 55122-0071
(651) 681-8339

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

Dated: 12/11/02

By ______________________
**JOSEPH E. FLYNN** (A.R. #165712)
Attorney for Defendants City of Crystal & Sgt. Holm
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
(651) 290-6500

**IVERSON REUVERS, LLC**

Dated: Dec. 2, 2002

By ______________________________

**JASON J. KUBOUSHEK** (A.R. #0304037)
**JON K. IVERSON** (A.R. #146389)
Attorneys for City of Robbinsdale Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** that all alleged claims by Plaintiff, Deborah A. Roth, against Defendants Wanamaker, Shellum and Guck, individually, and in their official capacity as police officers with the Robbinsdale Police Department, and all alleged claims by Plaintiff, Deborah A. Roth, against Defendant Holm, individually, and in his official capacity as a police officer with the Crystal Police Department, are hereby dismissed with prejudice and on their merits and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Dec 20, 2002

**BY THE COURT:**

______________________________

Judge of United States District Court