**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No: 01-2308 (JRT/FLN)

---

Deborah A. Roth

Plaintiff,

vs.

The City of Robbinsdale,
City of Robbinsdale Police Sergeant Gary Guck,
in his official and individual capacities;
City of Robbinsdale Police Officer Janet Wanamaker,
in her official capacity and individual capacities;
City of Robbinsdale Police Captain Wayne Shellum,
in his official and individual capacities;
The City of Crystal;
City of Crystal Police Sergeant Stephen Holmes,
in his official and individual capacities; and
John Doe and Susan Roe, in their official and
individual capacities,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE** and Order

---

The undersigned hereby advises the Court that all claims by the Plaintiff, Deborah A. Roth, in the above-entitled cause of action have been fully compromised and settled (all claims of Deborah A. Roth against Defendants Holm, Guck, Wanamaker and Shellum have been previously dismissed with prejudice). Therefore,

**IT IS HEREBY STIPULATED BY AND BETWEEN** all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements or attorney's fees to any of the parties.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. DEC 2 0 2002
DEPUTY CLERK

**IT IS FURTHER STIPULATED** that, without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements or attorney's fees to any of the parties, may be entered herein.

Dated: 12/9/02

By ______________________

**ROBERT M. GARDNER** (A.R. #234977)
Attorney for Plaintiff
P. O. Box 22071
St. Paul, MN 55122-0071
(651) 681-8339

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

Dated: 12-11-02

By ______________________

**JOSEPH E. FLYNN** (A.R. #165712)
Attorney for Defendants City of Crystal & Sgt. Holm
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
(651) 290-6500

**IVERSON REUVERS, LLC**

Dated: Dec. 2, 2002

By ______________________

**JASON J. KUBOUSHEK** (A.R. #0304037)
**JON K. IVERSON** (A.R. #146389)
Attorneys for City of Robbinsdale Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED:**

1. That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Dec 20, 2002

**BY THE COURT:**

______________________
Judge of United States District Court